05/03/2006  13:54          US MARSHAL GREENBELT                    PAGE  01/02

# United States District Court
## District of Maryland

06-270-M-01

UNITED STATES OF AMERICA

v.

Spencer Terrell Boulware

**WARRANT FOR ARREST**

Case No. HAR-93-0492

**FILED**

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Spencer Terrell Boulware</u> and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Oral Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*:

DEFENDANT FAILED TO APPEAR FOR HEARING ON VIOLATION OF SUPERVISED RELEASE (SEE ATTACHED)

*Defendant is currently incarcerated in Washington, D.C. - bench warrant to be lodged as a detainer

in violation of Title United States Code, Section(s) _____

<u>Felicia C. Cannon</u>
Name of Issuing Officer

<u>(By) Deputy Clerk</u>

Bail fixed at $ <u>No Recommendation</u>

<u>Clerk, United States District Court</u>
Title of Issuing Officer

<u>May 3, 2006          Greenbelt, Maryland</u>
Date and Location

by <u>Deborah K. Chasanow, United States District Judge</u>
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | MAY 3 2 33 PM '06 GREENBELT, MD U.S. MARSHAL RECEIVED | |

U.S. DISTRICT COURT (Rev. 12/98)

MAY 03 '06 17:29                                          410 962 2824                    PAGE.02
                                                                                          P.02