PROB 12
(Rev 3/88)

United States District Court

for

District of Maryland

U.S.A. vs. Spencer Boulware

Docket No.: HAR-93-0492

Petition on Supervised Release

COMES NOW Angela E. Barnes PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Spencer Boulware who was placed on supervision for Felon in Possession of a Firearm by the Honorable John R. Hargrove, sitting in the court at Greenbelt, Maryland, on the 19th day of May, 1994 who fixed the period of supervision at 4 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall pay a special assessment e amount of $50.
2. The defendant shall not possess a firearm or destructive device.
3. The defendant shall attend a substance abuse program as directed by probation.
4. The Court does not impose a fine.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

WHEREAS: The supervised releasee committed a new offense in violation of Statutory Conditions.

WHEREAS: The supervised releasee failed to report the arrest within 72 hours in violation of Standard Conditions.

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Spencer Boulware to appear before the Court to show cause why his supervision should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 6th day of April, 2006 and ordered filed and made a part of the records in the above case.

Deborah K. Chasanow
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Angela E. Barnes,
U.S. Probation Officer

Place  Greenbelt, Maryland

Date  April 3, 2006

**U.S. Department of Justice**
**United States Marshals Service**

Reg # (circled) 29878-037



## REPORT OF INVESTIGATION

Page 1 of 5

| 1. CASE OF: Spencer BOULWARE | 2. CASE TYPE: DETAINER | 3. CONDUCTED BY: J. A. BADURA |
|---|---|---|
| | | DISTRICT: D/Maryland (Baltimore) |
| | | PHONE 410-962-2517 / FAX 410-962-2824 |

5. Federal Warrant #, Date, and Court City: HAR-98-0492; 5/3/06; Greenbelt

6. TYPE OF REPORT:
[X] DETAINER (local facility)
[ ] DETAINER (USMS custody)    [ ] OTHER: _____

Please lodge a detainer based on the above described Federal warrant, charging the subject with

Violation of Supervised Release

On 05/03/06, this office was notified/determined that Spencer BOULWARE is in custody at DC Jail PD, under ID# _____ using the alias of N/A.

He/she:   (check all that apply)
☑ is awaiting trial on local charges (?)
__ is awaiting trial on Federal charges
__ is serving a sentence

IDENTIFIERS:  SEX M   RACE B   DOB _____

FBI # _____   DCDC _____   PDID _____

REMARKS: PLEASE LODGE A DETAINER AND FAX A COPY BACK TO ME!

7. SIGNATURE: [signature - Badura]
8. DATE: 05/03/06
10. DISTRIBUTION:
XXX DISTRICT 037 (Maryland)

9. TITLE: Investigative Research Specialist
XXX OTHER OIG (DC)

THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE.
NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

FORM USM-11