```
                          IN THE
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

                          * * *
```

**UNITED STATES OF AMERICA**  )
                               )
        **Plaintiff;**   )
                               )
        v.              ) CR NO 06-0270 (JMF)
                               )
                               )
**SPENCER T. BOULWARE,**   )
                               )
        **Defendant.**   )

___

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                          Respectfully submitted,

                          A.J. KRAMER
                          FEDERAL PUBLIC DEFENDER

                              /S/
                          By:_____
                          TONY MILES
                          Assistant Federal Public Defender
                          625 Indiana Avenue, N.W., Suite 550
                          Washington, D.C.  20004
                          (202) 208-7500

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this __15TH___ day of June, 2006.

                              /s/
                          By:_____
                          TONY W. MILES