**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 6/30/06**

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL -5 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
6500 Cherrywood Lane
Second Floor
Greenbelt, Md. 20770

RE: 06MG270 (Spencer Boulware)

FILED
JUL 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Viol of SR | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotter dated 6/28/06, 6/23/06 & 6/12/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk